UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FERRANTINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY OFFICE OF EDUCATION,<br><br>　　　　　Defendant. | No. 2:18-cv-3063 JAM DB PS<br><br>ORDER DIRECTING CLERK<br>TO SEND MATERIALS FOR SERVICE<br>AND REQUIRING SERVICE BY<br>UNITED STATES MARSHAL |

Plaintiff Anthony Ferrantino is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

Plaintiff has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915. The undersigned finds that plaintiff's in forma pauperis application makes the showing required by the statute. Accordingly, plaintiff's request to proceed in forma pauperis will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's November 27, 2018 application to proceed in forma pauperis (ECF No. 2) is granted.

////

////

1

2. The Clerk of the Court is directed to issue process and to send plaintiff an instruction sheet for service of process by the United States Marshal, one USM-285 form, a summons form, and an endorsed copy of plaintiff's complaint filed November 27, 2018. (ECF No. 1.)

3. Within thirty (30) days after this order is served, plaintiff shall submit to the United States Marshal a properly completed USM-285 form, a properly completed summons form, and the number of copies of the endorsed complaint and of this order required by the United States Marshal; the required documents shall be submitted directly to the United States Marshal either by personal delivery or by mail to: United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).

4. Within ten (10) days after submitting the required materials to the United States Marshals Service, plaintiff shall file with this court a declaration stating the date on which she submitted the required documents to the United States Marshal. Failure to file the declaration in a timely manner may result in an order imposing appropriate sanctions.

5. Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendant Sacramento County Office of Education without prepayment of costs.

6. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

Dated: May 21, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\ferrantino3063.ifp.serve.ord