UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY FERRANTINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY OFFICE OF EDUCATION,<br><br>　　　　　Defendant. | No.  2:18-cv-3063 DB PS<br><br><br>ORDER |

　　　　Plaintiff Anthony Ferrantino is proceeding in this action pro se.[1]  On December 23, 2020, defendant filed a motion to compel plaintiff's deposition, and a motion to compel production, and noticed the motions for hearing before the undersigned.  (Nos. 47 & 48.)  After plaintiff failed to file a timely response, the court continued the hearing of motions to February 26, 2021, and issued plaintiff an order to show cause as to why this action should not be dismissed due to lack of prosecution.  (ECF No. 52.)  On February 2, 2021, plaintiff filed a one-page statement requesting an undefined "extension of time due to illness" until such time as plaintiff is "well" and will "try my case[.]"  (ECF No. 53 at 1.)  Defendant has filed an opposition to plaintiff's request.  (ECF No. 54.)

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c).  (ECF No. 41.)

1

    Although illness may be a justifiable reason to delay this action, plaintiff's motion is too vague to allow for proper analysis. In this regard, plaintiff is essentially asking for an undefined and indefinite stay of these proceedings without detailing the nature of plaintiff's illness or the proposed length of the stay. While plaintiff need not disclose personal medical information, the court does require some information as to the nature of plaintiff's condition and request to determine if a stay of these proceedings is warranted.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The February 26, 2021 hearing of defendant's motions to compel (ECF Nos. 47 & 48) is continued to **Friday, April 2, 2021, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

    3. On or before **March 5, 2021**, plaintiff shall file a supplemental statement providing further details about plaintiff's impairment and the length of the stay plaintiff is seeking;

    2. Defendant may file an opposition or statement of non-opposition to plaintiff's request on or before **March 19, 2021.**

Dated: February 19, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.consent/ferrantino3063.cont.hrg.ord